# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| PATRICIA McGAUGHRAN, Plaintiff | Case No. |
|---|---|
| v. | JURY TRIAL DEMANDED |
| PATRICK OAKES, an Individual; NATIONAL TAX EXPERTS, a corporation; and DOES 1 through 50, inclusive, | |

## NOTICE OF WITHDRAWAL OF PLEADING PURUSUANT TO RULE 216(a)

Plaintiff, by and through her attorneys, hereby moves this Honorable Court to withdraw her pleading without prejudice.

Dated: January 23, 2023                THE DOWNEY LAW FIRM, LLC


By:    ___/s/ Philip Downey
       Philip A. Downey
       Attorneys for Plaintiff
       Patricia McGaughran